IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 12-00155-01-CR-W-BP |
| ARMANDO P. GAITAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 22, 2013, Defendant was committed to the custody of the Attorney General for hospitalization and treatment in an effort to restore his competency. Following this period of treatment, evaluators opined that Defendant was competent to stand trial. During the April 2, 2014, competency hearing, the parties stipulated to the evaluators' report. Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that this case is placed on the joint criminal jury trial docket commencing April 28, 2014. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between December 18, 2012, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

                                              ___/s/ Beth Phillips_____
                                              BETH PHILLIPS, JUDGE
                                              UNITED STATES DISTRICT COURT

Kansas City, Missouri
April _3_, 2014